**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: DONALD J. GOWINS　　　　　　§　　Case No. 15-81250
　　　　DONNA M. GOWINS　　　　　　　§
　　　　　　　　　　　　　　　　　　　§
　　　　　　　Debtor(s)　　　　　　　§

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 05/05/2015.

2) The plan was confirmed on 07/24/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 06/24/2016, 10/11/2018.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 07/05/2018.

5) The case was completed on 10/11/2018.

6) Number of months from filing or conversion to last payment: 41.

7) Number of months case was pending: 45.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $13,000.00.

10) Amount of unsecured claims discharged without full payment: $55,352.80.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 17,622.10 | |
| Less amount refunded to debtor(s) | $ 0.00 | |
| **NET RECEIPTS** | | $ 17,622.10 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 4,000.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 1,379.23 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 5,379.23 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GERACI LAW L.L.C. | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 0.00 |
| TITLEMAX OF ILLINOIS INC d/b/a | Sec | 1,856.00 | 1,779.80 | 1,779.80 | 1,779.80 | 46.85 |
| IRS | Pri | 1,315.00 | NA | NA | 0.00 | 0.00 |
| IRS | Pri | 2,003.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNTS RECEIVABLE MG | Uns | 714.00 | NA | NA | 0.00 | 0.00 |
| ALCHEMY WORLDWIDE LLC - | Uns | 60.00 | NA | NA | 0.00 | 0.00 |
| AMERICOLLECT INC | Uns | 18.00 | NA | NA | 0.00 | 0.00 |
| AMERICOLLECT INC | Uns | 107.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL | Uns | 0.00 | 615.98 | 615.98 | 160.75 | 0.00 |
| AT T | Uns | 1,447.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Uns | 408.00 | NA | NA | 0.00 | 0.00 |
| BELOIT HEALTH SYSTEM | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| BELOIT RADIOLOGY | Uns | 185.00 | NA | NA | 0.00 | 0.00 |
| BERLIN WHEELER INC | Uns | 736.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Uns | 14,251.00 | 16,671.48 | 0.00 | 0.00 | 0.00 |
| BUREAUS INVESTMENT GROUP | Uns | 779.00 | 801.74 | 801.74 | 209.23 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 814.00 | 814.90 | 814.90 | 212.66 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 958.00 | 1,058.48 | 1,058.48 | 276.23 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CAPITAL ONE CARD SERVICES INC | Uns | 783.00 | NA | NA | 0.00 | 0.00 |
| CHARTER COMMUNICATIONS | Uns | 632.00 | 846.68 | 846.68 | 220.96 | 0.00 |
| CHARTER COMMUNICATIONS | Uns | 632.00 | NA | NA | 0.00 | 0.00 |
| CHASE MORTGAGE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CHRISTIAN LIFE SCHOOLS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CLEARSPRING LOAN SERVICES INC | Uns | 3,500.00 | 3,496.02 | 3,496.02 | 912.33 | 0.00 |
| COMENITY BANK / LNBRYANT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 800.00 | 1,270.98 | 1,270.98 | 331.68 | 0.00 |
| COMMUNITY HEALTH SYSTEMS | Uns | 265.00 | NA | NA | 0.00 | 0.00 |
| CREDIT SYSTEMS INTL IN | Uns | 466.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 842.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 267.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 210.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 95.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 53.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 143.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 183.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 502.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV, LLC BY | Uns | 985.00 | 985.59 | 985.59 | 257.20 | 0.00 |
| ENCIRCLE COLLECTIONS | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FIAT FINANCIAL | Uns | 2,050.00 | 2,040.00 | 2,040.00 | 532.36 | 0.00 |
| FIRST PREMIER BANK | Uns | 633.00 | NA | NA | 0.00 | 0.00 |
| IDES | Uns | 7,000.00 | 7,614.00 | 7,614.00 | 1,986.99 | 0.00 |
| ILLINOIS PATHOLOGIST SERVICES | Uns | 72.00 | NA | NA | 0.00 | 0.00 |
| THE ILLINOIS TOLLWAY | Uns | 2,200.00 | 2,478.70 | 2,478.70 | 646.85 | 0.00 |
| INTEGRITY SOLUTION SVC | Uns | 347.00 | NA | NA | 0.00 | 0.00 |
| INTEGRITY SOLUTION SVC | Uns | 88.00 | NA | NA | 0.00 | 0.00 |
| INTEGRITY SOLUTION SVC | Uns | 188.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 5,500.00 | 63.81 | 551.20 | 551.20 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 5,610.70 | 5,123.31 | 1,337.01 | 0.00 |
| ILLINOIS STUDENT ASSISTANCE | Uns | 0.00 | 1,670.41 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ISAC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| JOHNSON COUNTY LIBRARY | Uns | 36.00 | NA | NA | 0.00 | 0.00 |
| JOHNSON COUNTY WASTEWATER | Uns | 283.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Uns | 3,496.00 | NA | NA | 0.00 | 0.00 |
| KANSAS COUNSELORS OF K | Uns | 542.00 | NA | NA | 0.00 | 0.00 |
| KANSAS COUNSELORS OF K | Uns | 91.00 | NA | NA | 0.00 | 0.00 |
| KANSAS DEPARTMENT OF LABOR | Uns | 1,740.00 | 1,766.10 | 1,766.10 | 460.89 | 0.00 |
| LANE BRYANT RETAIL / SOA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 654.00 | 654.41 | 654.41 | 170.78 | 0.00 |
| METCALF BANK | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 180.00 | 342.76 | 342.76 | 89.45 | 0.00 |
| OPTIMA RECOVERY SERVICE | Uns | 87.00 | NA | NA | 0.00 | 0.00 |
| OSF HEALTHCARE | Uns | 885.00 | NA | NA | 0.00 | 0.00 |
| OSF MEDICAL GROUP | Uns | 900.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE INSURANCE | Uns | 320.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD FIRST | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEMS | Uns | 2,023.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 1,187.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 261.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 585.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 192.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 646.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 876.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 1,959.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 2,159.00 | 2,011.85 | 2,011.85 | 525.03 | 0.00 |
| RSH & ASSOCIATES LLC | Uns | 9.00 | NA | NA | 0.00 | 0.00 |
| RSH & ASSOCIATES LLC | Uns | 305.00 | NA | NA | 0.00 | 0.00 |
| SOUTHERN WISCONSIN | Uns | 350.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERV | Uns | 257.00 | NA | NA | 0.00 | 0.00 |
| SURE CHECK BROKERAGE | Uns | 95.00 | NA | NA | 0.00 | 0.00 |
| SUREWEST COMMUNICATIONS | Uns | 415.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Uns | 0.00 | 15,693.48 | 0.00 | 0.00 | 0.00 |
| US DEPT OF ED / GSL / ATL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED / GSL / ATL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| US DEPT OF ED / GSL / ATL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 3,320.00 | 451.99 | 451.99 | 117.96 | 0.00 |
| US DEPARTMENT OF EDUCATION | Sec | 0.00 | 26,754.82 | 0.00 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Uns | 0.00 | 705.00 | 705.00 | 183.98 | 0.00 |
| ATLAS ACQUISITIONS LLC | Uns | 0.00 | 1,865.82 | 1,865.82 | 486.91 | 0.00 |
| SFC | Uns | 0.00 | 252.00 | 252.00 | 65.77 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 0.00 | 1,120.30 | 1,120.30 | 292.36 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 0.00 | 882.04 | 882.04 | 230.18 | 0.00 |
| KANSAS GAS SERVICE | Uns | 0.00 | 466.40 | 466.40 | 121.72 | 0.00 |
| CHECK IT | Uns | 0.00 | 64.96 | 64.96 | 16.93 | 0.00 |
| SPECIALIZED LOAN SERVICING | Uns | 0.00 | 38,117.01 | 18.81 | 18.81 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 1,779.80 | $ 1,779.80 | $ 46.85 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 1,779.80 | $ 1,779.80 | $ 46.85 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 551.20 | $ 551.20 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 551.20 | $ 551.20 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 37,748.82 | $ 9,865.02 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 5,379.23 |
| Disbursements to Creditors | $ 12,242.87 |
| **TOTAL DISBURSEMENTS:** | $ 17,622.10 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  02/21/2019          By:  /s/ Lydia S. Meyer
                                      Trustee

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.